IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JONES,<br><br>                Defendant. | 4:15CB3000<br><br>DISMISSAL ORDER |

Upon the Motion of the Government, violation 2398162 is dismissed.

February 3, 2022.

                                              BY THE COURT:

                                              s/<u>Cheryl R. Zwart</u><br>
                                              United States Magistrate Judge